UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

BLACKBERRY CORPORATION, AND
CYLANCE INC. (d/b/a BLACKBERRY
CYLANCE),

                Plaintiffs,

v.                                                Docket No. 5:22-cv-98

KAYLAN BROWN COULTER,

                Defendant.

## EXHIBIT INDEX

| | |
|---|---|
| Exhibit A: | Kaylan Brown Coulter's Employment Agreement |
| Exhibit B: | Kaylan Brown Coulter's Restrictive Covenant Addendum (RCA) |
| Exhibit C: | Kaylan Brown Coulter's Employee Confidentiality & Intellectual Property Agreement (ECIPA) |

21409766.1