UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

BLACKBERRY CORPORATION, AND
CYLANCE INC. (d/b/a BLACKBERRY
CYLANCE),

        Plaintiffs,

  v.

KAYLAN BROWN COULTER,

        Defendant.

Docket No. 5:22-cv-98

## DISCOVERY CERTIFICATE

I, Jennifer E. McDonald, attorney for Plaintiffs, certify that on February 3, 2023, I served copies of *Notice of Videotaped Deposition of Kaylan Brown Coulter* and *Notice of Videotaped Deposition of Chris Coulter* via CM/ECF system and electronic mail on the following counsel of record:

    Eric D. Jones, Esq.
    Langrock Sperry & Wool
    210 College Street
    P.O. Box 721
    Burlington, VT 05402
    EJones@langrock.com

Downs
Rachlin
Martin PLLC

1

2

Burlington, Vermont                               February 3, 2023

                                                  Respectfully submitted,

                                          By:     */s/ Jennifer McDonald*
                                                  Jennifer E. McDonald
                                                  Downs Rachlin Martin, PLLC
                                                  199 Main Street, P.O. Box 190
                                                  Burlington, VT  05402-0190
                                                  Telephone:  802-846-8349
                                                  E-Mail:  JMcdonald@drm.com

                                                  ATTORNEYS FOR PLAINTIFFS
                                                  BLACKBERRY CORPORATION
                                                  AND CYLANCE INC. (D/B/A
                                                  BLACKBERRY CYLANCE)

21862247.1

Downs Rachlin Martin PLLC