UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

BLACKBERRY CORPORATION, AND
CYLANCE INC. (d/b/a BLACKBERRY
CYLANCE),

      Plaintiffs,

  v.

KAYLAN BROWN COULTER,

      Defendant.

Docket No. 5:22-cv-98

## DISCOVERY CERTIFICATE

Undersigned counsel for Plaintiffs certifies that on August 1, 2023, he served the *Expert Report of Christian Tregillis*, *Supplemental Interrogatory Responses*, and *Supplemental Initial Disclosures* via electronic mail to Defendant's counsel at EJones@langrock.com.

Burlington, Vermont.　　　　　　　　　　　August 1, 2023

DOWNS RACHLIN MARTIN PLLC

By: */s/ Evan J. O'Brien*
    Jennifer E. McDonald
    Evan J. O'Brien
    Monica H. Allard
    199 Main Street, P.O. Box 190
    Burlington, VT 05402-0190
    Telephone: 802-863-2375
    jmcdonald@drm.com
    eobrien@drm.com
    mallard@drm.com

ATTORNEYS FOR PLAINTIFFS
BLACKBERRY CORPORATION, AND
CYLANCE INC., (D/B/A BLACKBERRY
CYLANCE)