U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 OCT -6 PM 4: 17

CLERK

BY AL
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

BLACKBERRY CORPORATION, and )
CYLANCE, INC. (d/b/a BLACKBERRY )
CYLANCE), )
                                     )
     Plaintiffs, )
                                     )
v.                                   )   Civil Action No. 5:22-cv-00098-gwc
                                     )
KAYLAN BROWN COULTER, )
                                     )
     Defendant. )
_____)

**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

NOW COME Plaintiffs, BlackBerry Corporation and Cylance, Inc., and Defendant Kaylan Coulter, through their respective counsel, and, pursuant to F.R.C.P. 41(a)(1)(A)(ii), stipulate and agree that all claims that have not previously been dismissed with prejudice in this action shall be and hereby are DISMISSED WITH PREJUDICE, each party bearing its own costs and fees and hereby waiving all rights to appeal.

Dated at Burlington, Vermont this 29 day of September 2023.

                              BLACKBERRY CORPORATION AND
                              CYLANCE, INC. (d/b/a BLACKBERRY
                              CYLANCE)

                              By: _____
                              Walter E, Judge, Jr.
                              Jennifer E. McDonald
                              Evan J. O'Brien
                              Monica H. Allard
                              Downs Rachlin Martin PLLC
                              Attorneys for Plaintiffs
                              199 Main Street
                              P.O. Box 190
                              Burlington, VT 05402
                              Tel. 802-863-2375

1

In Re: Blackberry Corporation et al v. Coulter;  Case No. 5:22-CV-98

Dated at Burlington, Vermont this 29 day of September 2023.

KAYLAN COULTER

By: *Eric Jones*/WEJ
Eric D. Jones
Justin G. Sherman
Matthew A. Zidovsky
Langrock, Sperry & Wool LLP

Attorneys for Defendant
210 College Street, 4th Floor
Burlington, VT 05402
Tel. 802-864-0217

SO ORDERED:

Dated at Burlington, in the District of Vermont, this 6th day of October, 2023.

Judge Geoffrey W. Crawford

2